AO 106A (08/18) Application for a Warrant by Telephone or Other Reliable Electronic Means

# UNITED STATES DISTRICT COURT

for the

Southern District of Ohio

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*

Priority Mail Package with Tracking Number [redacted] Postmarked March 10, 2026

Case No. 3:26 mj 104

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

Priority Mail Package [redacted] ,addressed to [redacted] VANDALIA OH45377-1418",with a return address of [redacted] CARSON CITY NV 89701

located in the Southern District of Ohio, there is now concealed *(identify the person or describe the property to be seized)*:

Controlled Substances, materials and documents reflecting the possible distribution of controlled substances through the U.S. Mails, including money and/or monetary instruments paid for controlled substances

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

- ☑ evidence of a crime;
- ☑ contraband, fruits of crime, or other items illegally possessed;
- ☐ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| *Code Section* | *Offense Description* |
|---|---|
| 21 USC 841(a)(1) | Distribution and possession with intent to distribute a controlled substance. |
| 21 USC 846 | Conspiracy to distribute/possess with intent to distribute a controlled substance |
| 21 USC 843(b) | Use of a communication facility to commit a felony |

The application is based on these facts:
SEE ATTACHED AFFIDAVIT

- ☑ Continued on the attached sheet.
- ☐ Delayed notice of _____ days *(give exact ending date if more than 30 days:* ________ *)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

Anthony Hutson
*Applicant's signature*

Anthony Hutson, USPIS Task Force Officer
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by Telephone *(specify reliable electronic means)*.

Date: 3/18/26

*Judge's signature*

City and state: Dayton, OH

PBS United States Magistrate Judge
*Printed name and title*

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF OHIO

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF:<br>UNITED STATES POSTAL SERVICE<br>PRIORITY MAIL<br>PACKAGE TRACKING NUMBER<br>[redacted] | Case No. 3:26 mj 104<br><br>**Filed Under Seal** |

**AFFIDAVIT IN SUPPORT OF**
**AN APPLICATION FOR A SEARCH WARRANT**

I, **Anthony Hutson**, being first duly sworn, hereby depose and state as follows:

1. I, Detective Anthony Hutson, am employed by the Montgomery County Sheriff's Office and have been so since September of 1998. I have been assigned as road patrol officer, a field training officer, and a K-9 handler and am currently a detective assigned to the Montgomery County Regional Agencies Narcotics and Gun Enforcement (R.A.N.G.E.) Task Force. I have extensive prior experience in investigating drug cases that resulted in successful prosecution of persons involved in trafficking of drugs, possession of drugs and other related offenses. I have been involved in narcotics related arrests, executed search warrants that resulted in the seizure of narcotics and participated in undercover narcotics purchases. Through training and experience, I am familiar with the manner in which persons involved in the illicit distribution and sales of controlled substances often operate. These subjects usually attempt to conceal their identities, as well as the locations at which they reside and where they store controlled substances and the illegal proceeds derived there from. Through training and experience, I am familiar with the practices of narcotics distributors and sellers, whereby they attempt to conceal the true nature, source, and location of proceeds of illegal activity, commonly referred to as money laundering. I have been a Task Force Officer (TFO) with the United States Postal Inspection Service (USPIS)

since August 2021. I am presently assigned to the Cincinnati Field Office of the USPIS, Pittsburgh Division, with investigative responsibility for Southern District of Ohio. Part of my responsibility involves investigating the illicit use of the United States Mails in the transportation of narcotics, other dangerous controlled substances, and financial proceeds from, or instrumentalities used in, the sale of such narcotics and controlled substances (hereinafter, "Drugs and/or Proceeds").

2. Based on my prior training and experience as a TFO with the USPIS, I have become aware that drug traffickers frequently use United States Priority Mail Express (overnight) or Priority Mail (2-3-day) to transport Drugs and/or Proceeds. Additionally, as a result of prior investigations, law enforcement training, and successful controlled-substance prosecutions involving the use of the United States Mail, I have learned of certain common characteristics and/or circumstances that indicate that a particular package may contain Drugs and/or Proceeds. These circumstances and/or characteristics include, but are not necessarily limited to, the following: the mailer uses different post offices on the same day to send packages, the return address is false or non-existent, the addressee is not known to receive mail at the listed delivery address, the package is heavily taped, the package is mailed from a known drug source location, the labeling information contains misspellings, the label contains an illegible waiver signature, unusual odors emanate from the package, and the listed address is located in an area of known or suspected drug activity.

3. On or about March 13, 2026, Postal Inspectors intercepted a package (hereinafter "Package 2") at the Cincinnati Network Distribution Center (NDC). Package 2 is a Priority Mail Medium Flat Rate box, bearing tracking number [redacted], postmarked March 10, 2026, with the following address information:

Sender: [redacted]
CARSON CITY NV 89701

Addressee: [redacted]
VANDALIA OH 45377-1418

4. I know that Carson City is a city in northwestern Nevada. According to USPS records, the package was shipped from City of Industry, California. I also know through law enforcement training and experience that this area of California is a known drug source location. Additionally, I know that proceeds from drug sales are often mailed to these source states.

5. I performed a check in the Accurint database for the addressee's information on Package 2 of "[redacted] VANDALIA OH 45377-1418." According to Accurint, there is no [redacted] associated with [redacted], Vandalia, Ohio 45377. According to Accurint and Ohio Bureau of Motor Vehicle records, there is a [redacted] who had reported [redacted], Vandalia, Ohio as a previous address. Accurint is a law enforcement database that is used as a tool by investigators designed to link subjects to a particular address.

6. I also performed a check in Accurint for the sender's information listed on Package 2 of [redacted] CARSON CITY NV 89701." According to Accurint, there is no [redacted] or any other persons associated with [redacted], Carson City, Nevada. According to Google Maps, [redacted] does not exist in Carson City, Nevada.

7. On or about March 13, 2026, Postal Inspectors intercepted another package (hereinafter "Package 1") at the Cincinnati Network Distribution Center (NDC). Package 1 is a Priority Mail envelope, bearing tracking number [redacted], postmarked March 10, 2026, with the following address information:

Sender: [redacted]
CARSON CITY NV 89701

Addressee: [redacted]
VANDALIA OH 45377-1418

8. According to USPS records, Package 1 was also shipped from City of Industry, California.

9. I also performed a check in Accurint for the sender's information listed on Package 1 of [redacted] CARSON CITY NV 89701." According to Accurint, there is no [redacted] or any other persons associated with [redacted], Carson City, Nevada. According to Google Maps, [redacted] does not exist in Carson City, Nevada.

10. On March 16, 2026, Deputy Sain of the Montgomery County Sheriff's Office deployed his State of Ohio certified Special Purpose K9, Otto, to conduct a "free air" check of the outside of Package 2. Prior to conducting the "free air" check, Package 2 was placed in a room with multiple similar and like packages. According to Deputy Sain, "Otto" did not alert to the presence or odor of a narcotic or other controlled substance exuding from the Package. "Otto" did alert to the presence or odor of a narcotic or other controlled substance exuding from the Package. "Otto" is a trained and certified narcotics-detection canine.[1]

11. On March 16, 2026, I obtained a search warrant for Package 1. On March 17, 2026, I opened Package 1 and performed a search of the contents. There was a plastic bag containing several round orange pills imprinted with "AD 30" with an approximate weight in bag of 1.7

[1] An affidavit regarding Otto's Training is attached hereto regarding Package 1. Otto is certified in the detection of the presence or odor of cocaine, methamphetamine, heroin, marijuana and their derivatives. Cocaine and methamphetamine are Schedule II controlled substances. Heroin and marijuana are Schedule I controlled substances.

ounces and several white bar shaped pills imprinted with "XANAX 2" with an approximate weight in bag of 1.5 ounces. I performed a field test of an orange pill utilizing the TruNarc Handheld Narcotics Analyzer. The orange tested positive for the presence of methamphetamine.

12. I know through my training and experience that drug traffickers will often disguise illegal narcotics as prescription medication to avoid detection by law enforcement.

13. Based on my prior law enforcement training and experience as a USPIS TFO, Package 2's address information, including (i) no current known association between the addressee and the recipient address, (ii) the sender and the sender address appears to be fictitious, and the suspected illegal narcotics found in Package 1 that was shipped in a similar manner by being shipped from California while listing a return of Carson City and addressed to a similar recipient are all indicative of, and consistent with, Drugs and/or Proceeds being present in the Package.

14. Package 2 is currently securely stored at the USPS P&DC (Processing and Distribution Center) located at 1111 E. 5th Street, Dayton, Ohio 45401.

Therefore, a search warrant to open Package 2 is requested.

Further, your affiant sayeth naught.

Respectfully submitted,

Anthony Hutson

Anthony Hutson
Task Force Officer
United States Postal Inspection Service

Subscribed and sworn by telephone this 18th day of March, 2026.

UNITED STATES MAGISTRATE

UNITED STATES POSTAL INSPECTION SERVICE

PITTSBURGH DIVISION

# OFFICER AFFIDAVIT

I, Officer **Daniel Sain**, am and have been employed by the **Montgomery County Sheriffs Office** since **2019**. Among other duties, I am currently the assigned handler of narcotics detection canine "**OTTO**" which is trained and certified in the detection of the presence or odor of narcotics described as follows:

**Cocaine, Methamphetamine, Heroin, Marijuana, and their derivatives**

On **March 16, 2026**, at the request of Postal Inspection Service Task Force Office **Hutson**, I responded to the **Dayton PD&C**, where "**OTTO**" did alert to and indicate upon: **A white Priority Mail envelope with a USPS Priority Mail Tracking #**[redacted]

| | |
|---|---|
| **TO:** [redacted] | **RETURN:** [redacted] |
| [redacted] | [redacted] |
| **VANDALIA OH 45377-1418** | **CARSON CITY NV 89701** |

Which, based upon my training and experience and that of "**OTTO**", indicates there is contained within or upon the above described item, the presence or odor of a narcotic or other controlled substance.

#600 3-16-26

(Signature, Badge #, and Date)

/101 3·16·26

(Witness/Date)

Cincinnati Field Office
895 Central Avenue STE 400
Cincinnati, OH 45202-5748
Telephone: 877-876-2455
FAX: 513-684-8009